IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 22-43-BLG-SPW-3 |
|---|---|
| Plaintiff, | |
| vs. | ORDER TO DISMISS INDICTMENT WITH PREJUDICE |
| VICTORIA ELIZABETH TECCA, | |
| Defendant. | |

Based upon the United States' Unopposed Motion to Dismiss Indictment (Doc. 132) in this case pursuant to Victoria Elizabeth Tecca's successful completion of the GLACIER program, and for good cause being found,

**IT IS HEREBY ORDERED** that the Defendant's Motion (Doc. 132) is **GRANTED**. The Indictment (Doc. 1) is **DISMISSED WITH PREJUDICE**.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 27th day of September, 2024.

SUSAN P. WATTERS
United States District Judge

1